HERMAN WOHLERS et al. v. FRANK MARTORELLA et al.—

Present — Peck, P. J., Glennon, Dore, Callahan and Shientag, JJ. [See *ante,* p. 629.]

(January 22, 1952.)

AVENUE B & EAST 14TH CORP., Respondent, v. HANSCOM BAKING CORPORATION et al., Appellants.— No opinion. Present — Peck, P. J., Glennon, Callahan, Van Voorhis and Shientag, JJ., [See *post,* p. 867.]

ALLBRA REALTY CORP., Appellant, v. GIBRALTAR SECURITY CORPORATION et al., Respondents, et al., Defendants.—

No opinion. Present — Peck, P. J., Glennon, Callahan, Van Voorhis and Shientag, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JERRY J. KELLEY, Appellant.—

No opinion. Settle order on notice. Present — Peck, P. J., Glennon, Callahan, Van Voorhis and Shientag, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. IRVING SCHERER (Correct Name, IRVING SICHERER), Appellant, et al., Defendants.—

Present — Peck, P. J., Glennon, Callahan, Van Voorhis and Shientag, JJ.

STRATFORD CREDIT CORPORATION, Respondent, v. BARNET POPKIN et al., Appellants.—

Present — Peck, P. J., Glennon, Callahan, Van Voorhis and Shientag, JJ. [See *post,* p. 906.]